IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

| | |
|---|---|
| DIRECTV, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 03-CV-02287-GTV |
| ) | |
| CLAYTON WHITE, ROBERT ) | |
| PUCCINELLI, REID ROBERTS, BRYAN ) | |
| STANLEY, BILL STRAUSS, WILLIAM ) | |
| TURNER, ERIC WADE, KEN ) | |
| YARNEVICH and JOSH ZERLAN, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR AGREED PROTECTIVE ORDER

Defendant Josh Zerlan hereby moves the Court to enter the attached Protective Order pursuant to the stipulation of the parties. In support of its motion, Josh Zerlan states as follows:

1. As part of its Rule 26 disclosures, defendant Josh Zerlan has offered to produce a copy of a document entitled "Data Automation Development Plan" (outlining the project for which defendant Josh Zerlan asserts he used the device at issue in this case), subject to an appropriate protective order.

2. The protective order is necessary because the Data Automation Development Plan is Sprint PCS proprietary information that was submitted by Josh Zerlan in support of a patent application while he was working as an employee of Sprint PCS.

3. Disclosure without an appropriate protective order could jeopardize the confidentiality of the proprietary information, and Sprint PCS has consented to the disclosure only if it is subject to a protective order prohibiting disclosure for any purpose other than this litigation.

4. Plaintiff's counsel has agreed to the terms of the attached protective order.

Respectfully submitted,

STINSON MORRISON HECKER LLP

By  s/Donald C. Ramsay
    Donald C. Ramsay #07447
    9200 Indian Creek Parkway
    9 Corporate Woods, Suite 450
    Overland Park, Kansas  66210
    (913) 451-8600 (telephone)
    (913) 344-6777 (facsimile)
    dramsay@stinsonmoheck.com

ATTORNEY FOR DEFENDANT
JOSH ZERLAN

CERTIFICATE OF SERVICE

    I hereby certify that on the 6th day of February, 2004, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

Robert P. Numrich
Todd M. Johnson
Baty, Holm & Numrich, P.C.
210 Plaza West Building
4600 Madison Avenue
Kansas City, Missouri  64112
bnumrich@batyholm.com
tjohnson@batyholm.com
ATTORNEYS FOR PLAINTIFF

Robert R. Laing, Jr.
10975 Benson, Suite 570
Overland Park, Kansas  66210
rrlaing@planetkc.com
ATTORNEY FOR DEFENDANT
REID ROBERTS

J. Steven Schweiker
7134 W. 80th Street
Overland Park, Kansas  66204
jsschweik@aol.com
ATTORNEY FOR DEFENDANTS
WILLIAM TURNER and BILL STRAUSS

Robert S. Caldwell
Caldwell & Moll, L.C.
11903 W. 119th Street
Overland Park, Kansas  66213
rsc@caldwellandmoll.com
ATTORNEY FOR DEFENDANT
ROBERT PUCINELLI

William M. Nelson
Law Offices of William M. Nelson, L.L.C.
7211 W. 98th Street, Suite 140
Overland Park, Kansas  66212
wmnlegal@hotmail.com
ATTORNEY FOR DEFENDANT
ERIC WADE

David Rauzi
1111 Main Street, 7th Floor
Kansas City, Missouri  64105
bbcbllc@aol.com
ATTORNEY FOR DEFENDANT
KEN YANEVICH

And a copy was mailed, postage prepaid to the following non CM/ECF participant:

Clayton White
16311 West 124th Street
Olathe, Kansas  66062
PRO SE

          /s/Donald C. Ramsay
    ATTORNEY FOR DEFENDANT
    JOSH ZERLAN

CWDDOCS 100663v1