IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

| | |
|---|---|
| DIRECTV, Inc. § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Case No.: 03-CV-2287-GTV |
| § | |
| ROBERT PUCCINELLI, et al. § | |
| § | |
| Defendants. § | |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS
INDIVIDUAL DEFENDANT JOSH ZERLAN**

COMES NOW DIRECTV, Inc., Plaintiff in the above-entitled action, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and files this motion to dismiss individual defendant Josh Zerlan and for cause would show:

**I. Introduction**

Plaintiff in this action is DIRECTV, Inc. On or about May 21, 2003, Plaintiff sued Defendant Josh Zerlan ("Zerlan") in this Court alleging various violations of federal and state law. DIRECTV now requests the dismissal of Zerlan.

**II. Grounds for Dismissal**

Zerlan was served on June 11, 2003, and has appeared in the lawsuit. DIRECTV requests a dismissal of its action against Zerlan as it no longer wishes to pursue such claims.

Pursuant to Rule 41(a), DIRECTV dismisses with prejudice all claims against Zerlan. Zerlan agrees to the dismissal of DIRECTV's case against him.

This case was not filed as a class action. No receiver has been appointed in this action. Moreover, this case does not involve a federal statute requiring the Court to dismiss the action, once

filed.  Finally, Plaintiff has not dismissed an action against Zerlan based on or including the same claims as those presented in this suit.

### III. Prayer

Upon consideration of the foregoing, DIRECTV, Inc. respectfully prays that the Court grant the dismissal of defendant Josh Zerlan.  Each side bearing its own fees and costs.

Respectfully requested,

/s/ Todd M. Johnson
Robert P. Numrich                            (12356)
Todd M. Johnson                              (19740)
BATY, HOLM & NUMRICH, P.C.
4600 Madison Avenue, Suite 210
Kansas City, Missouri 64112-3012
(816) 531-7200
FAX: (816) 531-7201
bnumrich@batyholm.com
tjohnson@batyholm.com
ATTORNEYS FOR PLAINTIFF

Certificate of Electronic Filing

I hereby certify that on September 16, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Mark D. Hinderks
Donald C. Ramsay
Stinson Morrison Hecker, L.L.P.
9 Corporate Woods, Suite 450
9200 Indian Creek Parkway
Overland Park, Kansas 66210-2008
ATTORNEY FOR JOSH ZERLAN

J. Steven Schweiker
7134 W. 80th Street
Overland Park Kansas 66204
ATTORNEY FOR WILLIAM TURNER AND BILL STRAUSS

Robert S. Caldwell
Caldwell & Moll, L.C.
11903 W. 119th Street
Overland Park, Kansas 66213
ATTORNEY FOR ROBERT PUCCINELLI

David Rauzi
1111 Main Street, 7th Floor
Kansas City, Missouri 64105
ATTORNEY FOR KEN YARNEVICH


 S/Todd M. Johnson
Attorney for Plaintiff